**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.   **CV 16-9115-JFW** | Date:  January 11, 2017 |

Title:   Theodosios Roussos -v- Howard Enrenberg, et al.

---

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   Shannon Reilly                                    None Present
   Courtroom Deputy                              Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
                 None                                                          None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER TO SHOW CAUSE RE DISMISSAL**

   In his December 13, 2016 Amended Notice of Related Cases [Docket No. 7], Appellant Theodosius Roussos states that "[the Clerk of the Bankruptcy Court inadvertently entered three appeal on the Compromise Order, which have been numbered and assigned as follows: 2:16-cv-08612-CAS, 2:16-CV-08613-CJC, 2:16-CV-09115-ODW. [Appellant Theodosius] Roussos intends to dismiss the two higher number appeals inadvertently entered."[1]  Amended Notice of Related Cases, 2:17-20.

   Accordingly, Appellant Theodosius Roussos is ordered to show cause in writing by **January 18, 2017** why this action should not be dismissed as duplicative of Case No. 2:16-cv-08612-JFW.  In lieu of filing a written response to the Order to Show Case, Appellant Theodosius Roussos may dismiss this action.

   No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

   IT IS SO ORDERED.

---

[1]  All of these cases have been transferred to the Honorable John F. Walter.